# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00344-CR

**Patrick Anthony Russo, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
## NO. 9034220, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The motion to withdraw filed by appellant's appointed counsel on appeal, Mr. Gary Taylor, is granted.[1] The appeal is abated for the district court to immediately appoint substitute counsel. A copy of the order appointing substitute counsel shall be forwarded to this Court no later than August 5, 2005.

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Filed:   July 29, 2005

Do Not Publish

_____

[1] Counsel has been employed as a federal public defender in Nevada effective August 1, 2005. Counsel previously filed a brief on appellant's behalf.